**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

GAHLIB AL KAZAZ,

    Plaintiff,

vs.

SHELTER MUTUAL INSURANCE
COMPANY d/b/a SHELTER INSURANCE,

    Defendant.

Case No.16-CV-544-TCK-TLW

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    COMES NOW Plaintiff, Gahlib Al Kazaz, by and through his attorneys of record, Donald E. Smolen and Laura L. Hamilton of Smolen, Smolen & Roytman, and Defendant, Shelter Mutual Insurance Company, by and through is attorneys of record, R. Ryan Deligans and Andrew M. Gunn, of Durbin, Larimore & Bialick, and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

| | |
|---|---|
| *s/ Donald E. Smolen, II* | *s/ Andrew M. Gunn* |
| Donald E. Smolen, II, OBA# 19944 | R. Ryan Deligans, OBA #19793 |
| Laura L. Hamilton, OBA# 22619 | Andrew M. Gunn, OBA #19470 |
| Smolen, Smolen & Roytman | Durbin, Larimore & Bialick |
| 701 S. Cincinnati Ave. | 920 North Harvey |
| Tulsa, OK 74119 | Oklahoma City, OK 73102-2610 |
| Telephone: 9180585-2667 | Telephone: (405) 235-9584 |
| Facsimile: 918-585-2669 | Facsimile: (405) 235-0551 |
| Attorneys for Plaintiff | E-Mail: dlb@dlb.net |
| | Attorneys for Defendant Shelter Mutual Insurance Company |
| *(Signed by Filing Attorney with permission of Plaintiff Attorney)* | |

#17534792v1<OKC> -Joint Stip DWP 1413.09463